U.S. District Judge James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

| | |
|---|---|
| SHANAI MCCLUSKEY,<br>    Plaintiff, | 3:17-cv-05554-JLR |
| vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | ORDER FOR ATTORNEY FEES |

The court finds and orders an attorney fee of $2,894.24 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of $2,046.62 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 5th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

Recommended for Entry
This ___ day of _____, 2017.

_____
United States Magistrate Judge

Presented by:

s/ Kevin Kerr
KEVIN KERR, WSB #47715
Schneider Kerr Law Offices
PO Box 14490
Portland, OR 97293
(503) 255-9092
kevinkerr@schneiderlaw.com